Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL I

| CANNALYTICS, LLC<br><br>Recurrente<br><br>v.<br><br>JUNTA REGLAMENTADORA DEL CANNABIS MEDICINAL DEL DEPARTAMENTO DE SALUD DEL GOBIERNO DE PUERTO RICO<br><br>Recurrida | KLRA202500282 | Revisión procedente del Departamento de Salud<br><br>Caso núm.: JRCM-2025-003<br><br>Sobre: Suspensión de licencia de laboratorio de cannabis medicinal |
|---|---|---|

Panel integrado por su presidente, el Juez Sánchez Ramos, el Juez Pagán Ocasio y el Juez Rodríguez Flores.

**SENTENCIA**

En San Juan, Puerto Rico, a 16 de mayo de 2025.

En conexión con la *Moción Conjunta sobre Acuerdo entre las Partes, Solicitud de Archivo de Petición y Requerimiento para que se Ordene el Desglose y Devolución de Apéndice de la Petición*, presentada por la parte Recurrente, Cannalytics LLC y la parte Recurrida, Junta Reglamentadora del Cannabis Medicinal, como se pide.

Se ordena el cierre y archivo del caso por desistimiento, de conformidad con la Regla 83 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.

Se ordena el desglose del apéndice y su devolución a la parte Recurrente, según solicitado.

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2025_____